Petition for Writ of Mandamus Denied and Memorandum Opinion filed
January 15, 2004









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed January 15, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01155-CV

____________

 

IN RE ERNEST WILLIAMS, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On October 16, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  

Relator has not complied with the requisites
of Texas Rule of Appellate Procedure 52. 
We deny relator=s petition for writ of mandamus.

 

PER CURIAM

 

 

Petition Denied
and Memorandum Opinion filed January 15, 2004.

Panel consists of
Justices Edelman, Frost, and Guzman.